WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Pryle,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-22-00686-PHX-JAT<br><br>**ORDER** |

Pending before the Court is a motion for extension of time. (Doc. 7). The motion does not specify what deadline it seeks to extend. Defendant has not yet been served or appeared.

Plaintiff in this case is proceeding pro se. The motion was filed by another pro se individual who states that she is Plaintiff's aunt and is trying to help Plaintiff prosecute her case. Under the law, only a lawyer can represent another person or entity in federal court. *See Pope Equity Trust v. U.S.*, 818 F.2d 696, 697-98 (9th Cir. 1987). Thus, for future reference, only filings from Plaintiff herself (or any lawyer who appears on Plaintiff's behalf) can be accepted by the Court as being "filed" by Plaintiff.

Regarding the motion for more time, the only pressing deadline at the time the motion was filed was the deadline to serve Defendant with legal notice of this case. Service is due 90 days from when the complaint is filed. *See* Fed. R. Civ. P. 4(m). The complaint in this case was filed April 25, 2022; thus, the deadline to serve has passed. However, the Court will consider on this one occasion the improperly filed request for more time, which

1   was filed before the deadline to serve expired.

2       The Court finds good cause to extend the time to serve for the reasons stated in the
3   motion. *See* (Doc. 7). Accordingly,

4       **IT IS ORDERED** that the motion for extension of time (Doc. 7) is granted to the
5   limited extent that Plaintiff has until August 30, 2022, to serve Defendant. If Plaintiff fails
6   to serve Defendant by this date, this case may be dismissed pursuant to Federal Rule of
7   Civil Procedure 4(m) or Federal Rule of Civil Procedure 41(b).

8       **IT IS FURTHER ORDERED** that all future filings must be filed by Plaintiff
9   herself (or her lawyer, if any) or they will be stricken.

10      **IT IS FINALLY ORDERED** that the Clerk of the Court shall send Plaintiff a copy
11  of Federal Rule of Civil Procedure 4 for her reference.

12      Dated this 29th day of June, 2022.

*[signature]*

James A. Teilborg
Senior United States District Judge